IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:14-cr-00201-JLK

UNITED STATES OF AMERICA

     Plaintiff,

v.

     1.   URIEL ALFONOSO YANEZ-RODRIGUEZ,

     Defendant.

---

ORDER PARTIALLY STRIKING DEFENDANT'S MOTION IN LIMINE

---

Kane, J.

     I STRIKE Section (5) of Defendant's Motion *in Limine*, Doc. 18.  Defendant takes issue with fingerprint identification and cites to a three hundred plus page report to assert that experts' conclusions in this area are not supported by their methodology or their training.  Counsel has not bothered, however, to cite to specific pages, sections, or even chapters of this study.  It is not my job to decide issues on the basis of general reference.  I cannot and will not try to make sense of the argument without more specificity.

DATED:     July 11, 2014          BY THE COURT

                                                  ***s/John L. Kane***
                                                  John L. Kane, U.S. Senior District Judge