IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.: 14-cr-00201-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

URIEL ALFONSO YANEZ-RODRIGUEZ,

    Defendant.

---

### STIPULATION AND ORDER GOVERNING THE CUSTODY AND DISPOSITION OF TRIAL EXHIBITS, DEPOSITIONS, TRANSCRIPTS, AND PAPERS

---

    Following the completion of trial, the parties stipulate:

    1. That counsel for each party shall retain custody of all exhibits, depositions, transcripts, or papers identified, offered, or admitted at trial by that party until 60 days after the time of appeal from this court has expired, or if appeal is taken, until 60 days after the final, non-appealable decision has been made in this matter; and

    2. That during any appeal, the party having custody of any part of the record necessary for appeal shall make the exhibits and transcripts in its custody available to the appealing party for filing with the appellate court.

    DATED at Denver, Colorado this 30th day of July 2014.

                                      BY THE COURT:

                                      _____
                                      John L. Kane, Senior Judge
                                      United States District Court

_____                    _____
Counsel for Government                     Counsel for Defendant