# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Mary George  
Probation Officer: Nicole D. Peterson

Date: October 23, 2014

Criminal Action No.: 14-cr-00201-JLK

*Parties:*  

*Counsel:*

UNITED STATES OF AMERICA,

Geoffrey Rieman  
Kirsten M.E. Sinclair

    Plaintiff,

v.

URIEL ALFONSO YANEZ-RODRIGUEZ,

Timothy Patrick O'Hara  
Laura Suelau

    Defendant.

## SENTENCING MINUTES

**4:02 p.m.     Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

**Jury Trial: July 28-30, 2014.**

**Defendant found GUILTY to Count One of the Indictment.**

Preliminary remarks and rulings by the Court regarding Objections to PSIR.

Parties received and reviewed the presentence report.

4:17 p.m.     Statement by the Government

4:29 p.m.     Statement by Defense counsel.

Defendant does not wish to make a statement.

4:47 p.m.     Comments and rulings by the Court.

*14-cr-00201-JLK*
*Sentencing*
*October 23, 2014*

**ORDERED:** Motion For Sentence Of 18 Months Pursuant To 18 U.S.C.§3553 (a) [Filed 10/9/14; Doc. No. 58] is DENIED as MOOT.

**ORDERED:** Government's Motion For A Variant Sentence (Filed 10/9/14; Doc. No. 59) is DENIED as MOOT.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count One** to a term of imprisonment of **48 months**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **3 years**.

**Conditions of supervised release:**
- (X)　Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)　Defendant shall not commit another federal, state or local crime.
- (X)　Defendant shall not possess a firearm or destructive device.
- (X)　Defendant shall comply with the standard conditions adopted by the Court.
- (X)　Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X)　Mandatory drug testing provisions of 18 U.S.C. § 3563(a)(5) are waived because it is likely defendant will be deported.

**Special conditions of supervised release:**

- (X)　Defendant, if deported, shall not return to the United States illegally.  If the defendant re-enters the United States legally, defendant shall report to the nearest United States Probation Office within 72 hours of his return.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**It is the RECOMMENDATION of the Court that the Defendant serve his sentence at**

2

*14-cr-00201-JLK*
*Sentencing*
*October 23, 2014*

**a Bureau of Prisons facility in Colorado.**

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**4:55 p.m.     Court in recess.**
Hearing concluded.
Total in-court time: 53 minutes.